United States District Court
Southern District of Texas
**ENTERED**
November 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE NUTEX HEALTH INC. DERIVATIVE LITIGATION | § § § § § § § § § § § CIVIL ACTION NO. H-25-4253 |

## ORDER

Two shareholders of Nutex Health Inc. filed derivative suits in the Southern District of Texas, alleging similar violations of the Securities Exchange Act and breaches of common-law fiduciary duties. *See, e.g., Jimenez v. Nutex Health Inc.*, Case No. 4:25-cv-4253 (S.D. Tex); *Minckler v. Nutex Health Inc.*, Case No. 4:25-cv-4330 (S.D. Tex.). The parties in both cases agree that the suits involve overlapping questions of law and fact and that justice and judicial economy would be best served by consolidating the cases before a single judge. (Docket Entry No. 11 at 2–3). The parties moved to consolidate the cases, and the plaintiffs moved to appoint Rigrodsky Law, P.A. and The Brown Law Firm, P.C. as co-lead counsel in the consolidated case. (*Id.*).

This court received the first filed case, the *Jimenez* action, and reviewed the parties' motion, supporting submissions, and the applicable law. The motion to consolidate the *Jimenez* and *Minckler* actions, (Docket Entry No. 11), is granted. The master docket for the consolidated case will be Case No. 4:25-cv-4253. It will bear the caption, "*In Re Nutex Health Inc. Derivative Litigation*." All future filings must be docketed under Case No. 4:25-cv-4253. Counsel will notify the clerk and the court of later-filed derivative actions arising out of the same, or substantially the

same, transactions or events as this consolidated case, and they will notify counsel in later-filed related cases of this consolidation order. Unless ordered otherwise, rulings in this case will apply to later-filed actions that are eventually transferred to this court and consolidated into this case.

The plaintiffs' motion to appoint Rigrodsky Law, P.A. and The Brown Law Firm, P.C. as co-lead counsel in the consolidated case, (Docket Entry No. 11), is also granted. *See CrowdStrike Holdings, Inc. v. Kurtz*, No. 1:24-CV-01031-RP, 2024 WL 5468511, at *3 (W.D. Tex. Dec. 2, 2024) (making a similar appointment). Co-lead counsel will have the sole authority to speak for the plaintiffs in the consolidated case in pre-trial proceedings, at trial, and in settlement negotiations. Counsel for defendants may rely on agreements made with co-lead counsel, and such agreements will bind the plaintiffs in this action.

SIGNED on November 25, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge