United States District Court
Southern District of Texas
**ENTERED**
December 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE NUTEX HEALTH INC. DERIVATIVE LITIGATION | § § § § § § § § § CIVIL ACTION NO. H-25-4253 |

## ORDER

The parties in this case jointly moved to stay it pending the resolution of a forthcoming motion to dismiss in a related case, *Bhagavan v. Nutex Health Inc.*, Case No. 4:25-cv-3999 (S.D. Tex.). The parties' motion to stay the case, (Docket Entry No. 19), is granted. The case is stayed until the resolution of the forthcoming motion to dismiss in *Bhagavan*. The parties must file a joint status update on the docket within five days after the court's resolution of the forthcoming motion to dismiss in *Bhagavan*. The joint status update must inform the court of the parties' views on the appropriate next steps in this case. This stay will lift upon the filing of the parties' joint status update.

SIGNED on December 11, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge