# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE NUTEX HEALTH INC. DERIVATIVE LITIGATION | Case No. 4:25-cv-04253<br><br>The Honorable Lee H. Rosenthal |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL**
**AND APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE LEE H. ROSENTHAL:

Michael Minckler, plaintiff in the above-captioned consolidated action, files this notice of withdrawal of counsel, Samir Aougab, in order to confirm for the Court, the CM/ECF notice system, and all parties of record of the withdrawal and appearance of the following attorney on his behalf in this matter:

1. Gina M. Serra of Rigrodsky Law, P.A. makes her appearance as counsel for plaintiff Michael Minckler in this action.

2. Gina M. Serra is a member in good standing of the United States District Court for the Southern District of Texas. Her contact information is as follows:

> Gina M. Serra
> S.D. Tex. Bar No. 3950822
> RIGRODSKY LAW, P.A.
> 1007 North Orange Street, Suite 453
> Wilmington, DE 19801
> Telephone: (302) 295-5310
> Facsimile: (302) 654-7530
> Email: gms@rl-legal.com

3. Samir Aougab is no longer with Rigrodsky Law, P.A.

4. The following designated attorney hereby enters an appearance as counsel of record for plaintiff and is hereby authorized to receive service on all pleadings, notices, orders, and other papers in the above-captioned action on behalf of plaintiff.

Dated: February 5, 2026

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
S.D. Tex. Bar No. 3950822
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

*Counsel for Plaintiff Michael Minckler and Co-Lead Counsel for Plaintiffs*

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was electronically served on all counsel of record via ECF on February 5, 2026.

*/s/ Gina M. Serra*
Gina M. Serra